United States District Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GURSEWAK SINGH SIDHU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-00138 |
| | § | |
| ELENA F. SIFFORD, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 12th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE